■ ROBERT DORAN et al., Respondents, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY et al., Appellants.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Flaherty, J. (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Dismiss Complaint.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.